U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAY 2 6 2010

CLERK, U.S. DISTRICT COURT
By _____
         Deputy

## VERDICT OF THE JURY

We, the jury, have answered the foregoing special issues in the manner indicated in this verdict form, and returned these answers into Court as our verdict.

DATE 5/26/2010

_Randall D. Cole_
FOREPERSON