UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NAIEL NASSAR, M.D. | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 3:08-CV-1337-B |
| UNIVERSITY OF TEXAS SOUTHWESTERN MEDICAL CENTER, PARKLAND HEALTH & HOSPITAL SYSTEM, BETH LEVINE, M.D., and J. GREGORY FITZ, M.D. | § § § § § § § | |
| Defendants. | § | |

## FINAL JUDGMENT

Before the Court is Defendant Parkland Health & Hospital System's ("Parkland") Motion for Entry of Judgment (doc. 179), filed September 27, 2010. Upon consideration of this Motion and this Court's Order of February 19, 2010 granting Parkland's Motion for Summary Judgment in its entirety (doc. 100), the Court finds Parkland's Motion to be meritorious.

**ACCORDINGLY, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Parkland's Motion for Entry of Judgment is hereby GRANTED in its entirety, and the Clerk of Court is directed to enter final judgment in favor of Parkland on all claims made against it. Parkland's taxable costs, as calculated by the Clerk of Court, are assessed against Plaintiff.

SO ORDERED.

SIGNED: September 28, 2010.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE