## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| NAIEL NASSAR, M.D. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 3:08-CV-1337-B |
| | § | |
| UNIVERSITY OF TEXAS | § | |
| SOUTHWESTERN MEDICAL CENTER | § | |
| AT DALLAS, | § | |
| | § | |
| Defendant. | § | |
| | § | |

## NOTICE OF APPEAL
## BY DEFENDANT UNIVERSITY OF TEXAS SOUTHWESTERN
## MEDICAL CENTER AT DALLAS

REAGAN W. SIMPSON
Texas Bar No. 18404700
Email:  rsimpson@kslaw.com
GEOFFREY R. UNGER
Texas Bar No. 00797586
Email:  gunger@kslaw.com
KING & SPALDING LLP
401 Congress Avenue, Suite 3200
Austin, Texas  78701
Telephone: (512) 457-2000
Facsimile: (512) 457-2100

GREG ABBOTT
Attorney General of Texas
DANIEL T. HODGE
First Assistant Attorney General
BILL COBB
Deputy Attorney General for Civil Litigation
RUTH R. HUGHS
Director of Defense Litigation
ROBERT B. O'KEEFE
General Litigation, Division Chief
LARS HAGEN
Texas Bar No. 24034470
Email: Lars.Hagen@oag.state.tx.us
Assistant Attorney General
Office of the Attorney General
P.O. Box 12548
Austin, Texas  78711-2548
(512) 475-4271
(512) 320-0667 (fax)

*Attorneys for Defendant University of Texas Southwestern Medical Center at Dallas*

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Notice is hereby given that University of Texas Southwestern Medical Center at Dallas ("UT Southwestern"), the only remaining defendant in the above-named cause, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the following orders of the district court:

1. Memorandum Opinion and Order dated July 27, 2010, granting Naiel Nassar, M.D.'s ("Plaintiff") Motion for Attorney's Fees (Doc. 146), overruling UT Southwestern's objections to the motion (Doc. 158), and awarding Plaintiff total attorneys' fees in the amount of $489,927.50 and taxable costs in the amount of $10,705.61;

2. Final Judgment dated September 16, 2010, granting Plaintiff's Motion for Entry of Final Judgment (Doc. 148), overruling UT Southwestern's objections to Plaintiff's proposed judgment (Doc. 170), and ordering UT Southwestern to pay Plaintiff back pay and benefits in the amount of $438,167.66 and compensatory damages in the amount of $300,000 and overruling; and

3. Order dated and entered on March 23, 2011, denying UT Southwestern's Renewed Motion for Judgment as a Matter of Law, or in the Alternative, Motion for New Trial or Remittitur (Doc. 187).

Dated:  April 1, 2011                    Respectfully submitted,

                                        By:    /s/ Geoffrey R. Unger
                                                  REAGAN W. SIMPSON
                                                  Texas Bar No. 18404700
                                                  Email:  rsimpson@kslaw.com
                                                  GEOFFREY R. UNGER
                                                  Texas Bar No. 00797586
                                                  Email:  gunger@kslaw.com
                                                  KING & SPALDING LLP
                                                  401 Congress Avenue, Suite 3200
                                                  Austin, Texas  78701
                                                  Telephone: (512) 457-2000
                                                  Facsimile: (512) 457-2100

                                                  GREG ABBOTT
                                                  Attorney General of Texas
                                                  DANIEL T. HODGE
                                                  First Assistant Attorney General
                                                  BILL COBB
                                                  Deputy Attorney General for Civil Litigation
                                                  RUTH R. HUGHS
                                                  Director of Defense Litigation
                                                  ROBERT B. O'KEEFE
                                                  General Litigation, Division Chief
                                                  LARS HAGEN
                                                  Texas Bar No. 24034470
                                                  Email: Lars.Hagen@oag.state.tx.us
                                                  Assistant Attorney General
                                                  Office of the Attorney General
                                                  P.O. Box 12548
                                                  Austin, Texas  78711-2548
                                                  (512) 475-4271
                                                  (512) 320-0667 (fax)

                                                  ***Attorneys for Defendant University of Texas***
                                                  ***Southwestern Medical Center at Dallas***

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of April, 2011, a true and correct copy of this *Notice of Appeal by Defendant, University of Texas Southwestern Medical Center at Dallas* was electronically filed with the Clerk of the Court and served on all parties of record using the CM/ECF System.

/s/ Geoffrey R. Unger
Geoffrey R. Unger