IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| NAIEL NASSAR, M.D.,<br><br>            *Plaintiff,*<br>v.<br><br>UT SOUTHWESTERN HEALTH SYSTEMS a/k/a UNIVERSITY OF TEXAS SOUTHWESTERN MEDICAL CENTER,<br><br>            *Defendant.* | CIVIL ACTION NO. 3:08-CV-1337-B |

PLAINTIFF NAIEL NASSAR, M.D.'S NOTICE OF CROSS APPEAL

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Defendant University of Texas filed a Notice of Appeal on May 29, 2008, giving notice of its intent to appeal the Final Judgment signed by the Honorable Jane Boyle of the United States District Court for the Northern District of Texas. Plaintiff in the above named case, Dr. Naiel Nassar, gives notice that he hereby cross-appeals to the United States Court of Appeals for the Fifth Circuit from the following orders of the District Court:

1. Memorandum Opinion and Order dated September 16, 2010 denying Naiel Nassar, M.D.'s Motion for Front Pay (Dkt. 175) in which the Court denied Plaintiff's Application for Court Award of Front Pay (Dkt. 147) in the amount of $4,200,000.00; and

2. Final Judgment dated September 16, 2010 (Dkt. 176), granting in part Plaintiff's Motion for Entry of Final Judgment (Doc. 148), appealing only to the extent that the Final

Judgment subsumed within it the Court's Memorandum Opinion and Order dated September 16, 2010 denying Naiel Nassar, M.D.'s Motion for Front Pay. Plaintiff appeals on the limited ground that the granting of Plaintiff's Motion for Entry of Final Judgment should have also included an award of front pay.

Plaintiff otherwise requests that the District Court be affirmed in all respects.

Respectfully submitted,

| /s/ Brian P. Lauten | /s/ Charla G. Aldous |
|---|---|
| BRIAN P. LAUTEN - Lead Appellate Counsel | CHARLA G. ALDOUS |
| Texas Bar No. 24031603 | Texas Bar No. 20545235 |
| blauten@sawickilauten.com | caldous@aldouslaw.com |
| AMY BRYANT LAUTEN | BRENT R. WALKER |
| Texas Bar No. 24011148 | Texas Bar No. 24047053 |
| alauten@sawickilauten.com | bwalker@aldouslaw.com |
| SAWICKI & LAUTEN, LLP | ALDOUS LAW FIRM |
| 4040 N. Central Expressway, Suite 850 | 2311 Cedar Springs Rd., Suite 200 |
| Dallas, TX 75204 | Dallas, Texas 75201 |
| T: 214.720.0022 | T: 214.526.5595 |
| F: 214.720.0024 | F: 214.526.5525 |

ATTORNEYS FOR PLAINTIFF NAIEL NASSAR, M.D.

\*\*\*

CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2011, I electronically transmitted the attached document to the Clerk of the Court and all counsel of record using the ECF System for filing in accordance with this Court's ECF Order.

/s/ Brian P. Lauten
BRIAN P. LAUTEN