IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **NAIEL NASSAR, M.D.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:08-CV-1337-B |
| | § | |
| **UT SOUTHWESTERN HEALTH** | § | |
| **SYSTEMS a/k/a UNIVERSITY OF** | § | |
| **TEXAS SOUTHWESTERN MEDICAL** | § | |
| **CENTER AT DALLAS,** | § | |
| | § | |
| **Defendant.** | § | |

**THE UNIVERSITY OF TEXAS SOUTHWESTERN MEDICAL CENTER'S NOTICE
REGARDING U.S. SUPREME COURT DISPOSITION**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Defendant The University of Texas Southwestern Medical Center ("UT Southwestern") files this Notice regarding the opinion issued by the United States Supreme Court in this matter on June 24, 2013.

1. On January 22, 2013, the Court entered an order staying this matter pending resolution of the matter before the Supreme Court. *See* Docket Entry 216.

2. The Court also directed the parties to inform the Court following a resolution of the Supreme Court proceeding. *Id.*

3. On June 24, 2013, the Supreme Court issued an opinion reversing the Fifth Circuit Court of Appeals' decision regarding Plaintiff's retaliation claim and remanding the matter for further proceedings consistent with its opinion.

4. The Supreme Court's opinion is attached hereto as Exhibit A and is available at http://www.supremecourt.gov/opinions/12pdf/12-484_o759.pdf.

5. The judgment, however, has not yet been issued by the Supreme Court. *See* Sup. Ct. R. 45.

6. The Clerk of Court's Office of the U.S. Supreme Court has also informed UT Southwestern that the judgment will not issue for at least 25 days following the date of the opinion, and that should a timely petition for rehearing be filed, the judgment will be further stayed pending the Supreme Court's ruling on the petition for rehearing. *See* Exhibit B.

Dated: July 2, 2013                     Respectfully submitted,


                                        By: /s/ William R. Burns
                                        Michael W. Johnston
                                        *Admitted Pro Hac Vice*
                                        Email: mjohnston@kslaw.com
                                        KING & SPALDING LLP
                                        1180 Peachtree Street N.E.
                                        Atlanta, GA 30309-3521
                                        Telephone: (404) 572-4600
                                        Facsimile: (404) 572-5100

                                        Myrna Salinas Baumann
                                        Texas Bar No. 24056255
                                        Email: mbaumann@kslaw.com
                                        KING & SPALDING LLP
                                        401 Congress Ave., Suite 3200
                                        Austin, Texas 78701
                                        Telephone: (512) 457-2000
                                        Facsimile: (512) 457-2100

                                        William R. Burns
                                        Texas Bar No. 24055236
                                        Email: bburns@kslaw.com
                                        KING & SPALDING LLP
                                        1100 Louisiana, Suite 4000
                                        Houston, Texas 77002
                                        Telephone: (713) 751-3200
                                        Facsimile: (713) 751-3290

3

        Greg Abbott
        Attorney General of Texas
        Daniel T. Hodge
        First Assistant Attorney General
        David C. Mattax
        Deputy Attorney General for Defense Litigation
        Robert O'Keefe
        General Litigation, Division Chief
        Lars Hagen
        Assistant Attorney General
        General Litigation Division
        Office of the Attorney General
        P. O. Box 12548, Capitol Station
        Austin, Texas 78711-2548
        Telephone: (512) 463-2120
        Facsimile: (512) 320-0667

        *Attorneys for The University of Texas*
        *Southwestern Medical Center*

## **CERTIFICATE OF SERVICE**

I certify that on July 2, 2013, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court and served on all parties of record using the CM/ECF System.

/s/   William R. Burns
William R. Burns